AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  22-MJ-4506-DHH |
| Brian Andrew Bushell | ) | |
| Tracey M.A. Stockton | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____April 2020 to August 2022____ in the county of ____Essex____ in the

____ District of ____Massachusetts____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1349 | Conspiracy to commit wire fraud and conspiracy to commit unlawful monetary |
| 18 U.S.C. 1956(h) | transactions |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Chad Oakes

☑ Continued on the attached sheet.

*Chad Oakes/DATE*
*Complainant's Signature*

Special Agent Chad Oakes, FBI
*Printed name and title*

By telephone in accordance with Fed. R. Crim. P. 4.1.
Sworn to before me ~~and signed in my presence~~.

Date:  **Oct 11, 2022**

*Lord H. Kennedy*

City and state:      Worcester, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
-
*Printed name and title*