# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II   **Investigating Agency** FBI

**City** Marblehead

**County** Essex County

**Related Case Information:**
- Superseding Ind./ Inf. _____   Case No. _____
- Same Defendant _____   New Defendant _____
- Magistrate Judge Case Number: 22-MJ-4506-DHH
- Search Warrant Case Number: 22-MJ-4507, 22-MJ-4508, see below
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Brian Andrew Bushell   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Fr. Bushell or Fr. Andrew

Address: (City & State) Marblehead, MA

Birth date (Yr only): 1975   SSN (last4#): 8530   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: David Holcomb   Bar Number if applicable: 694712

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/11/2022   Signature of AUSA: /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Brian Andrew Bushell

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Conspiracy to commit unlawful monetary transactions | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Additional Search Warrants 22-MJ-4509-DHH